Edward T. Weber, #194963
**LAW OFFICES OF EDWARD T. WEBER**
Post Office Box 9893
Fountain Valley, California 92728
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Secured Creditor and Defendants
Brilena. Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca Husband and Wife as Joint Tenants as to an undivided 43.7500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In Re<br><br>Sonia Lopez,<br><br>    Debtor.<br><br>_____<br><br>Sonia Lopez,<br><br>    Plaintiff,<br><br>-vs-<br><br>Unified Mortgage Service, Inc.; and Brilena, Inc.; and Michael Bumbaca and Adele Bumbaca; Equity Trust Company Successor in Interest to First Regional Bank as Custodian FBO Robert Pastor IRA Act. No. 051236; and Equity Trust Company as Custodian FBO Charles A. Gurule Jr. IRA Account #T058685; and Robert C. Edwards and Equity Trust Company Custodian FBO Robert B. Pastor IRA Account #T058686; and Capital Benefit Mortgage, Inc.<br><br>    Defendants. | Case No.: 23-10947<br>*Chapter 13*<br>Adv. Case No: 23-01039<br><br>DCN: CAE-2<br><br>**DECLARATION OF EDWARD T. WEBER REGARDING <u>CAPITAL BENEFIT MORTGAGE, INC.</u> IN RESPONSE TO THE COURT'S ORDER FOR CORPORATE DISCLOSURE AND ORDER TO SHOW CAUSE**<br><br>Date: November 30, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 11 (Judge Niemann) |

-1-
DECLARATION

I, Edward T. Weber, hereby declare:

1. I am over the age of 18 years and not a party to this action. The following facts are true and correct as to my own personal knowledge and/or belief and if called to testify as a witness in Court, I could and would testify competently thereto. I am an attorney at law duly licensed to practice in all courts in the State of California and admitted to the United States District Court, Eastern District of California. I am attorney of record only for the Defendants as listed above.

2. On October 19, 2023, I prepared, filed and served an Answer to the Complaint on behalf of all of the Defendants in this action (Doc #7). When doing so, I made an editing mistake and failed to include a direct response to the allegations to the Complaint. This was brought to my attention by Plaintiff's counsel who sent me an email about it. In reviewing the document and realizing that error, I also noticed that I inadvertently included Capital Benefit Mortgage, Inc. in the Answer. Capital Benefit Mortgage, Inc. should not have been included. I represent all of the Defendants in the action except Capital Benefit Mortgage, Inc.

3. On October 20, 2023, I prepared, filed and served an Amended Answer (Doc #9) which was meant to replace the original Answer and to address these two items. The Amended Answer does not include Capital Benefit Mortgage, Inc. as I do not represent that Defendant in this action. I withdraw all reference to representing Capital Benefit Mortgage, Inc. as represented in the original Answer, which was an inadvertent error on my part. It is my understanding that the corporation is no longer active and is suspended and is currently no longer operating or doing business. I did not mean to include them in the Answer. I have no information whether or not that corporation was served with the Summons and Complaint or if it is otherwise represented by counsel, or intends to file a response to the Complaint in this case.

DECLARATION

4. With respect to the Order for Corporate Disclosure and the Order to Show Cause, I do not have any information regarding the corporation, or any corporate ownership. And because I do not represent that Defendant, I will not be filing anything further concerning those disclosures in this action. Since the Answer was amended to omit Capital Benefit Mortgage, Inc., and the Amended Answer essentially replaced the original Answer, Capital Benefit Mortgage, Inc. has not technically appeared in this action, and may be subject to default by the Plaintiff.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 10th day of November, 2023 at Tustin, California.

Edward T. Weber