Edward T. Weber, #194963
**LAW OFFICES OF EDWARD T. WEBER**
Post Office Box 9893
Fountain Valley, California 92728
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Secured Creditor and Defendants
Brilena. Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca Husband and Wife as Joint Tenants as to an undivided 43.7500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In Re | ) Case No.: 23-10947 |
| | ) *Chapter 13* |
| Sonia Lopez, | ) Adv. Case No: 23-01039 |
| | ) |
| Debtor. | ) |
| | ) DCN: CAE-2 |
| _____ | ) |
| | ) **DECLARATION OF EDWARD T.** |
| Sonia Lopez, | ) **WEBER REGARDING BRILENA, INC.** |
| | ) **IN RESPONSE TO THE COURT'S** |
| Plaintiff, | ) **ORDER FOR CORPORATE** |
| | ) **DISCLOSURE AND ORDER TO SHOW** |
| -vs- | ) **CAUSE** |
| | ) |
| Unified Mortgage Service, Inc.; and Brilena, | ) Date: November 30, 2023 |
| Inc.; and Michael Bumbaca and Adele | ) Time: 11:00 a.m. |
| Bumbaca; Equity Trust Company Successor in | ) Place: Courtroom 11 (Judge Niemann) |
| Interest to First Regional Bank as Custodian | ) |
| FBO Robert Pastor IRA Act. No. 051236; and | ) |
| Equity Trust Company as Custodian FBO | ) |
| Charles A. Gurule Jr. IRA Account #T058685; | ) |
| and Robert C. Edwards and Equity Trust | ) |
| Company Custodian FBO Robert B. Pastor | ) |
| IRA Account #T058686; and Capital Benefit | ) |
| Mortgage, Inc. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

-1-

I, Edward T. Weber, hereby declare:

1.  I am over the age of 18 years and not a party to this action.  The following facts are true and correct as to my own personal knowledge and/or belief and if called to testify as a witness in Court, I could and would testify competently thereto.  I am an attorney at law duly licensed to practice in all courts in the State of California and admitted to the United States District Court, Eastern District of California.  I am attorney of record only for the Defendants as listed above.

2.  Concurrently herewith, I am filing a Statement Regarding Ownership of Corporate Debtor/Party on the Court's Preferred Form, EDC 3-500 for Brilena, Inc.  I am authorized by Brilena, Inc. to sign and file it on its behalf.  The Statement indicates the corporation is owned 50% by a non-individual family trust.  While I do not believe this is the corporate-type entity the Court is looking for as far as disclosure is concerned, in an abundance of caution, the disclosure is made nonetheless.  The other 50% is owned by an individual.

3.  I am asking the Court to accept that filing as compliance with its Orders and to Discharge the OSC and not strike the Amended Answer filed by said Defendant.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 10th day of November, 2023 at Tustin, California.

Edward T. Weber

-2-

DECLARATION