# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>SONIA LOPEZ<br><br>Debtor(s). | Bankruptcy Case No. *(If known)* :<br>23-10947 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| SONIA LOPEZ<br><br>v.<br><br>UNIFIED MORTGAGE SERVICE, INC. ET AL<br><br>Plaintiff(s),<br><br><br>Defendant(s). | Adversary Proceeding No. *(If known)* :<br>23-01039 |
|---|---|

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

EQUITY TRUST COMPANY
*[Insert name of corporate debtor/party]*

**Check one:** ☐ DEBTOR     ☐ PLAINTIFF     ☒ DEFENDANT     ☐ OTHER *(specify):* _____

**Instructions:** Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.

☐ 1. **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    *(For additional names, attach an addendum to this form.)*

☒ 2. **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2023

*[Signature]*
Signature of Authorized Individual for Corporate Debtor/Party

Edward T. Weber, Esq.
Printed Name of Authorized Individual for Corporate Debtor/Party

Attorney for Defendant
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)