Edward T. Weber, #194963
**LAW OFFICES OF EDWARD T. WEBER**
Post Office Box 9893
Fountain Valley, California 92728
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Secured Creditor and Defendants
Brilena. Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca Husband and Wife as Joint Tenants as to an undivided 43.7500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In Re<br><br>Sonia Lopez,<br><br>        Debtor.<br>_____<br><br>Sonia Lopez,<br><br>        Plaintiff,<br><br>-vs-<br><br>Unified Mortgage Service, Inc.; and Brilena, Inc.; and Michael Bumbaca and Adele Bumbaca; Equity Trust Company Successor in Interest to First Regional Bank as Custodian FBO Robert Pastor IRA Act. No. 051236; and Equity Trust Company as Custodian FBO Charles A. Gurule Jr. IRA Account #T058685; and Robert C. Edwards and Equity Trust Company Custodian FBO Robert B. Pastor IRA Account #T058686; and Capital Benefit Mortgage, Inc.<br><br>        Defendants.<br>_____ | Case No.: 23-10947<br>*Chapter 13*<br>Adv. Case No: 23-01039<br><br>DCN: CAE-2<br><br>**DECLARATION OF EDWARD T. WEBER REGARDING <u>UNIFIED MORTGAGE, SERVICE INC.</u> IN RESPONSE TO THE COURT'S ORDER FOR CORPORATE DISCLOSURE AND ORDER TO SHOW CAUSE**<br><br>Date: November 30, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 11 (Judge Niemann) |

-1-
DECLARATION

I, Edward T. Weber, hereby declare:

1. I am over the age of 18 years and not a party to this action. The following facts are true and correct as to my own personal knowledge and/or belief and if called to testify as a witness in Court, I could and would testify competently thereto. I am an attorney at law duly licensed to practice in all courts in the State of California and admitted to the United States District Court, Eastern District of California. I am attorney of record only for the Defendants as listed above.

2. Concurrently herewith, I am filing a Statement Regarding Ownership of Corporate Debtor/Party on the Court's Preferred Form, EDC 3-500 for Unified Mortgage Service, Inc. I am authorized by Unified Mortgage Service, Inc. to sign and file it on its behalf. The Statement indicates the corporation is not owned by any other entities directly or indirectly of more than 10%.

3. I am asking the Court to accept that filing as compliance with its Orders and to Discharge the OSC and not strike the Amended Answer filed by said Defendant.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 10th day of November, 2023 at Tustin, California.

*Edward T. Weber*