3
Susan D. Silveira, Esq.#169630
Silveira Law Offices
2037 W. Bullard Ave. #311 (mailing only)
Fresno, California 93711
Telephone: (408) 265-3482/(559) 500-2124
Facsimile: (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In Re:<br>SONIA LOPEZ<br><br>　　　Debtor<br><br>———————————————<br>SONIA LOPEZ<br><br>　　　Plaintiff<br><br>Unified Mortgage Service, Inc.; and Brilena, Inc.; and Michael Bumbaca and Adele Bumbaca; and Equity Trust Company Successor in Interest to First Regional Bank as Custodian FBO Robert Pastor IRA Acct. No 051236; and Equity Trust Company as Custodian FBO Charles A. Gurule Jr. IRA Account #T058685; and Robert C. Edwards; and Equity Trust Company Custodian FBO Robert B. Pastor IRA Account#T058686; and Capital Benefit) Mortgage, Inc.<br><br>　　　Defendants | Case No. 23-10947-A-13F<br><br>Chapter 13<br><br>Adversary No. 23-01039<br><br>JOINT REPORT OF PARTIES' DISCOVERY CONFERENCE<br><br>STATUS CONFERENCE<br>DATE: November 30, 2023<br>TIME: 11:00 AM<br>PLACE: Dept. A. Ctrm 11, 5th Flr<br>　　　　US Courthouse<br>　　　　2500 Tulare St., Fresno, CA<br>JUDGE: Hon. Jennifer E. Niemann |

　　　Plaintiff and Defendants, by and through their respective undersigned counsel, hereby submit the following Joint Status Conference Statement:

1

1. Plaintiff's complaint was filed on September 21, 2023. An Answer to this Complaint was filed on October 19, 2023. An Amended Answer was filed by Defendants, except Capital Benefit Mortgage, Inc., on October 20, 2023.

2. An Order to Show Cause regarding Defendant's failure to file Corporate Disclosure Statements is set to be heard on November 30, 2023.

3. <u>Discovery Conference.</u> The undersigned have conferred telephonically pursuant to Rule 26 and have discussed initial disclosures.

4. <u>Settlement.</u> The parties have not yet discussed settlement. Each is amenable to doing so and will also explore and consider mediation.

5. <u>Discovery Plan:</u> The parties acknowledge that much of the documentary evidence to be relied on in this case is already found in the court records for each of Plaintiff's prior bankruptcy cases, including the current one. The parties also suggest that it makes sense to limit discovery to one set of Interrogatories, Request for Admissions and Request for Production for Defendants as a unit to avoid repetitive and/or duplicative discovery requests from each of the Defendants. Conversely, in view of the blanket denial provided in Defendants' Answer, Plaintiff will be allowed to propound interrogatories pursuant to FRBP 7033(a) (1) in excess of 25 but no more than 50 without further leave of Court. The parties submit the following discovery schedule, subject to the approval of the Court:

   a. Initial Disclosures pursuant to FRCP 26(a)(1)(A)-December 29, 2023
   b. Disclosure of Experts and Expert Witness Reports- February 16, 2024
   c. Close of Fact Discovery-April 5, 2024
   d. Deadline for Dispositive Motions-May 20, 2024

  e. Plaintiff's Pre-Trial Statement May 28, 2024

  f. Defendants' Pre-Trial Statement June 4, 2024

  g. Pre-Trial Conference  June 11, 2024

Dated: November 25, 2023    SILVEIRA LAW OFFICES

               By<u>/s/ Susan D. Silveira</u>
               Susan D. Silveira, Plaintiff

Dated November 25, 2023    LAW OFFICES OF EDWARD T. WEBER

               By:<u>/s/Edward T. Weber (per email authorization)</u>
               Edward T. Weber, Defendants