```
                  UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF CALIFORNIA
                         FRESNO DIVISION
```

| | |
|---|---|
| In re | ) Case No. 23-10947-A-13 <br> ) |
| **SONIA LOPEZ,** | ) <br> ) |
|         Debtor. | ) <br> ) |
| Sonia Lopez, | ) <br> ) |
|         Plaintiff, | ) Adv. Proceeding No. 23-1039-A <br> ) |
| v. | ) <br> ) |
| Unified Mortgage Service, Inc.; and Brilena, Inc.; and Michael Bumbaca and Adele Bumbaca; Equity Trust company Successor in Interest to First Regional Bank as Custodian FBO Robert Pastor IRA Act. No. 051236; and Equity Trust Company as Custodian FBO Charles A. Gurule Jr. IRA Account #T058685; and Robert C. Edwards and Equity Trust company Custodian FBO Robert B. Pastor IRA Account #T058686; and Capital Benefit Mortgage, Inc., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|         Defendants. | ) |

**ORDER TO SHOW CAUSE REGARDING DISMISSAL OF
ADVERSARY PROCEEDING FOR FAILURE TO PROSECUTE**

    On November 22, 2024, this court issued an order requiring the plaintiff to file and serve a pre-trial conference statement with respect to this adversary proceeding not later than

1

March 11, 2025. Doc. #145. The plaintiff failed to file a pre-trial statement as ordered by the court.

On March 27, 2025, the court held a pre-trial conference in this adversary proceeding. At the time the pre-trial conference was called, there was no appearance by the plaintiff. The court did not excuse the plaintiff from appearing at the pre-trial conference.

Because the plaintiff failed to file and serve a pre-trial statement as ordered by the court and failed to appear at the pre-trial conference held on March 27, 2025,

IT IS HEREBY ORDERED that the plaintiff shall appear before this court on May 1, 2025, at 11:00 a.m., in the U.S. Courthouse, 2500 Tulare Street, Courtroom 11, Fifth Floor, Fresno, California, and show cause why this adversary proceeding should not be dismissed for lack of prosecution.

IT IS HEREBY FURTHER ORDERED that any written statement with respect to this order to show cause shall be filed and served on or before April 24, 2025.

Counsel or the parties may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling by viewing the pre-hearing dispositions posted by the court prior to the hearing. The pre-hearing dispositions may be viewed by checking the court's website at http://www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.

Dated: March 31 2025

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

**Instructions to Clerk of Court**
**Service List – Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

Sonia Lopez
819 N. Divisidero Street
Visalia CA 93291

Michael R. Brooks
Hutchison & Steffen, PLLC
10080 W. Alta Drive, Ste 200
Las Vegas NV 89145

Lilian G. Tsang
P.O. Box 3051
Modesto CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

3