**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Sonia Lopez
**Adversary Title:** Lopez v. Unified Mortgage Service, Inc. et al

**Case No.:** 23-10947 - A - 13
**Adv No.:** 23-01039

**Docket Control No.**
**Date:** 05/01/2025
**Time:** 11:00 AM

**Matter:** Order to Show Cause Regarding Dismissal of Adversary Proceeding for Failure to Prosecute - [171] - Order to Show Cause ; This order is Transmitted to BNC for Service. Show Cause hearing to be held on 5/1/2025 at 11:00 AM at Fresno Courtroom 11, Department A (smis)

**Judge:** Jennifer E. Niemann
**Courtroom Deputy:** Violet Delsid
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
(by zoom) Defendant - Michael Bumbaca;
(by zoom) Defendant's Attorney - Michael R. Brooks

---

**CIVIL MINUTES**

Order to show cause Concluded.

The court will issue an order.

This matter was set for hearing pursuant to a court-issued order to show cause as to why this adversary proceeding should not be dismissed for lack of prosecution for the plaintiff's failure to file and serve a pre-trial statement as well as to appear at the pre-trial conference held on March 27, 2025. Doc. #171.

The OSC required any written response to be filed and served on or before April 24, 2025. Id. No timely written response was filed and served. Because the plaintiff failed to (i) file and serve a pre-trial statement as ordered by the court, (ii) appear at the pre-trial conference held on March 27, 2025, and (iii) timely respond to this order to show cause, this adversary proceeding was dismissed for lack of prosecution.