**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                            ) Case No.: 23-10947 - A - 13
Sonia Lopez,                     ) Adv No.: 23-01039
         Debtor.                 ) Docket Control No.:
                                 ) Document No.: 171
_____  )
                                 )
Lopez,                           ) Date: 05/01/2025
         Plaintiff,              ) Time: 11:00 AM
v.                               ) Dept: A
Unified Mortgage Service, Inc.   )
et al.,                          )
         Defendants.             )
_____  )
```

**Order**

For the reasons stated on the record and as set forth in the court's minutes, docket number 176,

IT IS ORDERED that the order to show cause is CONCLUDED.

IT IS FURTHER ORDERED that the ADVERSARY PROCEEDING IS DISMISSED for lack of prosecution.

Dated: May 02 2025

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

Order to Show Cause Regarding Dismissal of Adversary Proceeding for Failure to Prosecute - [171] - Order to Show Cause ; This order is Transmitted to BNC for Service. Show Cause hearing to be held on 5/1/2025 at 11:00 AM at Fresno Courtroom 11, Department A (smis)